### ATLANTA RAILWAY AND POWER COMPANY *v.* BLOOMFIELD.

FISH, P. J.  There was sufficient evidence to warrant a finding in favor of the prevailing party below ; and while the charge of the court was not in all respects accurate, it fully and fairly submitted to the jury the issues upon which they were called on to pass, and could not have operated to the prejudice of the defendant company.          *Judgment affirmed.    By five Justices.*

Argued June 29, — Decided August 11, 1903.

Action for damages.    Before Judge Calhoun.    City court of Atlanta.    September 1, 1902.

*Payne & Tye,* for plaintiff in error.
*Burton Smith* and *George Gordon,* contra.